```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**LECEDRIC JOHNSON**                                              **CIVIL ACTION**

**VERSUS**                                                        **NO. 06-10692**

**LT. DARRYL MIZELL, ET AL.**                                     **SECTION: "B"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of April, 2007.

_____
**UNITED STATES DISTRICT JUDGE**